IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

BASIL J. TRISCARI,

  Plaintiff,

v.                                    Civil Action No. __3:20cv838_____

NICHOLAS W. KACKLEY AND
BOCKTING ESCORT LLC,

  Defendants.

## NOTICE OF REMOVAL

Nicholas W. Kackley and Bockting Escort, LLC (collectively the "Defendants"), by counsel, pursuant to 28 U.S.C. § 1446, removes this action from the Circuit Court for the City of Richmond to the United States District Court for the Eastern District of Virginia, Richmond Division. In support of its Notice of Removal, the Defendants state as follows:

### REQUIREMENTS OF 28 U.S.C. § 1446

1. Pursuant to 28 U.S.C. § 1446(c)(1), this Notice of Removal is being filed less than one year after commencement of this action. Plaintiffs filed this action in the Circuit Court on September 14, 2020.

2. Pursuant to 28 U.S.C. § 1446(b)(1), this Notice of Removal is being filed within thirty days after the Defendant's receipt of the Complaint. The Defendants were served with the Complaint on October 13, 2020.

3. Pursuant to 28 U.S.C. § 1446, a copy of the Notice of Service, Plaintiff's Complaint, and the Notice of Filing Removal filed in the Circuit Court are attached as **Exhibit A**.

4. Removal of this lawsuit is authorized by 28 U.S.C. § 1441(a) because this Court has original jurisdiction over this civil action under 28 U.S.C. § 1332. Plaintiff is a citizen of Pennsylvania. Defendant Kackley is a citizen of Missouri. Defendant Bockting Escort, LLC is incorporated and maintains its principal place of business in Missouri. Thus, this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1441, as there is complete diversity of citizenship between Plaintiff and the Defendants, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

WHEREFORE Defendants Nicholas W. Kackley and Bockting Escort, LLC, by counsel, requests that this Court remove this action from the Circuit Court for the City of Richmond.

**NICHOLAS WILLIAM KACKLEY AND BOCKTING ESCORT LLC**

By Counsel

/s/ Caroline L. Callahan
Caroline L. Callahan (VSB No. 88497)
*Counsel for Nicholas W. Kackley and Bockting Escort LLC*
Harman, Claytor, Corrigan & Wellman
1900 Duke Street, Suite 210
Alexandria, Virginia 22314
804-747-5200 – Phone
804-747-6085 – Fax
ccallahan@hccw.com

# **C E R T I F I C A T E**

I hereby certify that on the __30th____ day of October, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Andrea J. Geiger, Esq
>The Joel Bieber Firm
>6806 Paragon Place, Suite 100
>Richmond, VA 23230
>ageiger@joelbieber.com
>*Counsel for Plaintiff*

>/s/ Caroline L. Callahan
>Caroline L. Callahan (VSB No. 88497)
>*Counsel for Nicholas William Kackley and Bockting Escort LLC*
>Harman, Claytor, Corrigan & Wellman
>1900 Duke Street, Suite 210
>Alexandria, Virginia  22314
>804-747-5200 – Phone
>804-747-6085 – Fax
>ccallahan@hccw.com

3